# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH BURT TRIGEROS,<br><br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>STANLEY SNIFF, JR., et al.,<br><br>　　　　　　Defendants. | Case No. 5:20-cv-838-DSF (SP)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. Plaintiff has not filed any written Objections to the Report within the time permitted. The Court accepts the findings and recommendation of the Magistrate Judge.

　　　　IT IS THEREFORE ORDERED that defendants' Motion to Dismiss (docket no. 20) is granted, and Judgment will be entered dismissing the Second Amended Complaint and this action without leave to amend.

DATED: September 7, 2021

　　　　　　　　　　　　　　　　　　　　　　／s／ Dale S. Fischer
　　　　　　　　　　　　　　　　　　　HONORABLE DALE S. FISCHER
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE