JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH BURT TRIGEROS, <br><br> Plaintiff, <br><br> v. <br><br> STANLEY SNIFF, JR., et al., <br><br> Defendants. | Case No. 5:20-cv-838-DSF (SP) <br><br><br> **JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Second Amended Complaint and this action are dismissed without leave to amend.

Dated: September 7, 2021

_____
HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE